No. 10–725. HARDY v. TENNESSEE DEPARTMENT OF HEALTH, DIVISION OF HEALTH RELATED BOARDS. Ct. App. Tenn. Certiorari denied.

No. 10–749. HONGSERMEIER ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 10–752. DRESSNER v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 10–848. BROWN, GOVERNOR OF CALIFORNIA, ET AL. v. VALDIVIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–861. ASTER v. ASTER. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 10–862. BARAN v. MEDICAL DEVICE TECHNOLOGIES, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 10–867. MAYER v. BELICHICK ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–870. HARLAN ET VIR v. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–876. CARLSON v. BUKOVIC ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–882. VAUGHN ET UX. v. WYREMBEK. Sup. Ct. Ohio. Certiorari denied.

No. 10–893. NEWDOW v. LEFEVRE, LAW REVISION COUNSEL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–901. SEGER-THOMSCHITZ v. MUSEUM OF FINE ARTS, BOSTON. C. A. 1st Cir. Certiorari denied.

No. 10–907. OWNER-OPERATOR INDEPENDENT DRIVERS ASSN., INC., ET AL. v. MAYFLOWER TRANSIT, LLC. C. A. 7th Cir. Certiorari denied.